B9I (Official Form 9I) (Chapter 13 Case) (12/12)      Case Number **15–02779**

# UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

## *Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines*

The debtor(s) listed below filed a chapter 13 bankruptcy case on 1/28/15.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Derrick Lee Hamilton<br>3684 Broadleaf Avenue<br>Elgin, IL 60124 | Sueanne Marie Hamilton<br>fka Sueanne Marie McGonegal<br>3684 Broadleaf Avenue<br>Elgin, IL 60124 |
| Case Number: 15–02779<br>Office Code:   1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx–xx–7774<br>xxx–xx–1375 |
| Attorney for Debtor(s) (name and address):<br>Paul M Bach<br>Sulaiman Law Group, Ltd.<br>900 Jorie Boulevard<br>Suite 150<br>Oak Brook, IL 60523<br>Telephone number: (630)575–8181 | Bankruptcy Trustee (name and address):<br>Glenn B Stearns<br>801 Warrenville Road<br>Suite 650<br>Lisle, IL 60532<br>Telephone number: 630–981–3888 |

## Meeting of Creditors:

Date: **March 4, 2015**      Time: **09:30 AM**

Location: **801 Warrenville Rd, Ste 655, Lisle, IL 60532–3614**

**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim:**

For all creditors (except a governmental unit): **6/2/15**      For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002(c)(1)): **7/27/15**

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

**Filing of Plan, Hearing on Confirmation of Plan and Attorney Fees**
The debtor has filed a plan. The plan or a summary of the plan is enclosed. The hearing on confirmation and to consider a request by debtor's counsel for payment of legal fees will be held:

Date: **March 27, 2015**, Time: **10:00 AM**, Location: **100 S 3rd Street, Courtroom 240, Geneva, IL 60134**

**The Disclosure of Compensation has been filed and the debtor's attorney is requesting fees of $ 4000.00**
If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan.

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 5/4/15**

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number: 1–866–222–8029 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Jeffrey P. Allsteadt |
| Hours Open: Monday – Friday 8:30 AM – 4:30 PM | Date: January 29, 2015 |

**EXPLANATIONS**     B9I (Official Form 9I) (12/12)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to file a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid, you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code § 1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must file a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

```
                          United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                          Case No. 15-02779-DRC
Derrick Lee Hamilton                                            Chapter 13
Sueanne Marie Hamilton
       Debtors                    CERTIFICATE OF NOTICE
District/off: 0752-1         User: nbatson              Page 1 of 2          Date Rcvd: Jan 29, 2015
                             Form ID: b9i               Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2015.
db/jdb         +Derrick Lee Hamilton,    Sueanne Marie Hamilton,    3684 Broadleaf Avenue,    Elgin, IL 60124-7882
tr             +Glenn B Stearns,    801 Warrenville Road,    Suite 650,    Lisle, IL 60532-4350
22864663       +Arnold Scott Harris,    111 West Jackson B,    Chicago, IL 60604-4135
22864664       +Arnold Scott Harris, P.C.,    111 West Jackson Boulevard, Suite 600,    Chicago, IL 60604-3517
22864665       +Arnold Scott Harris, P.C.,    222 Merchandise Mart Plaza, Suite 1932,    Chicago, IL 60654-1420
22864666       +Arnold Scott Harris, P.C.,    PO Box 5625,    Chicago, IL 60680-5625
22864667       +Bristol Bay Condominium Association,    50 E. Commerce, Suite 110,    Schaumburg, IL 60173-5308
22864669       +Chase,    3415 Vision Drive,    Mail Code OH4-7142,    Columbus, OH 43219-6009
22864675       +Dovenmuehle Mortgage, Inc,    1 Corporate Drive, Suite 360,    Lake Zurich, IL 60047-8945
22864676       +Dovenmuehle Mortgage, Inc.,    PO Box 0054,    Palatine, IL 60078-0054
22864677        Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
22864678       +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
22864679       +Harris & Harris , Ltd.,    222 Merchandise Mart Plaza, Suite 1900,    Chicago, IL 60654-1421
22864680       +Harris & Harris, Ltd.,    111 West Jackson Boulevard, Suite 400,    Chicago, IL 60604-4135
22864681       +Illinois State Toll Highway Authority,    2700 Ogden Avenue,    Downers Grove, IL 60515-1703
22864682        Illinois Tollway,    270 Ogden Avenue,    Downers Grove, IL 60515
22864683       +Illinois Tollway,    P.O. Box 5201,    Lisle, IL 60532-5201
22864684       +Illinois Tollway Authority,    2700 Ogden Avenue,    Downers Grove, IL 60515-1703
22864685       +Keay & Costello, P.C.,    128 S. County Farm Road,    Wheaton, IL 60187-2400
22864689       +LenderLive Network, Inc.,    PO Box 6437,    Carol Stream, IL 60197-6437
22864688       +LenderLive Network, Inc.,    C/A RA Illinois Corporation Service C,    801 ADLAI STEVENSON DRIVE,
                 Springfield, IL 62703-4261
22864690       +LenderLive Network, Inc.,    C/O RA Illinois Corporation Service C,    801 ADLAI STEVENSON DRIVE,
                 Springfield, IL 62703-4261
22864687       +LenderLive Network, Inc.,    PO Box 469040,    Glendale, CO 80246-9040
22864691       +TCF Banking & Savings,    801 Marquette Avenue,    Minneapolis, MN 55402-3475
22864692      ++TCF MORTGAGE CORPORATION,    801 MARQUETTE AVE,    ATTN BANKRUPTCY DEPARTMENT,
                 MAIL CODE 001-04-R,    MINNEAPOLIS MN 55402-2807
               (address filed with court: TCF Mortgage Corporation,     Attn: Legal Dept,    801 Marquette Avenue,
                 Minneapolis, MN 55402)
22864693       +TCF National Bank,    800 Burr Ridge Parkway,    Burr Ridge, IL 60527-0865
22864694        Trans Union LLC,    P.O. Box 2000,    Chester, PA 19016-2000
22864696       +United Security Financial,    930 E 6600 South,    Salt Lake City, UT 84121-2445
22864698       +Vanguard Community Management, Inc.,    50 E. Commerce Drive, Suite 110,
                 Schaumburg, IL 60173-5615
22864699       +Vanguard Community Management, Inc.,    1225 Alma Road,    Richardson, TX 75081-2206
22864700       +Vanguard Community Management, Inc.,    PO Box 61955,    Phoenix, AZ 85082-1955
22864704      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Home Mortgage,     8480 Stagecoach Circle,
                 Frederick, MD 21701)
22864702       +Wells Fargo Home Mortgage,    5620 Brooklyn Boulevard,    Minneapolis, MN 55429-3056

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: ecfbach@gmail.com Jan 30 2015 01:18:58     Paul M Bach,    Sulaiman Law Group, Ltd.,
                 900 Jorie Boulevard,    Suite 150,    Oak Brook, IL  60523
ust            +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Jan 30 2015 01:20:18     Patrick S Layng,
                 Office of the U.S. Trustee, Region 11,    219 S Dearborn St,    Room 873,
                 Chicago, IL 60604-2027
22864668       +EDI: CHASE.COM Jan 30 2015 00:58:00      Chase *,    ATTN: Bankruptcy Department,
                 P.O. Box 15298,    Wilmington, DE 19850-5298
22864670       +EDI: CAUT.COM Jan 30 2015 00:53:00      Chase Auto,    Attn:National Bankruptcy Dept,
                 Po Box 29505,    Phoenix, AZ 85038-9505
22864671       +EDI: CAUT.COM Jan 30 2015 00:53:00      Chase Auto,    Po Box 901076,    Fort Worth, TX 76101-2076
22864673       +EDI: CAUT.COM Jan 30 2015 00:53:00      Chase Auto Finance Corp.,    PO Box 78067,
                 Phoenix, AZ 85062-8067
22864672       +EDI: CAUT.COM Jan 30 2015 00:53:00      Chase Auto Finance Corp.,    AZ1-1191,
                 201 N. CentraL Avenue,    Phoenix, AZ 85004-1071
22864674       +EDI: CHASE.COM Jan 30 2015 00:58:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
22864701       +EDI: WFFC.COM Jan 30 2015 00:53:00      Wells Fargo Bank, N.A.,    420 Montgomery Street,
                 San Francisco, CA 94104-1298
22864703       +EDI: WFFC.COM Jan 30 2015 00:53:00      Wells Fargo Home Mortgage,    Po Box 10335,
                 Des Moines, IA 50306-0335
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22864686*      +Keay and Costello, P.C.,    128 S. County Farm Road,    Wheaton, IL 60187-2400
22864697*      +United Security Financial,    930 E 6600 South,    Salt Lake City, UT 84121-2445
```

```
District/off: 0752-1          User: nbatson           Page 2 of 2            Date Rcvd: Jan 29, 2015
                              Form ID: b9i            Total Noticed: 43

22864695      ##+United Security Financial,   868 E 5900 South,   Salt Lake City, UT 84107-7650
                                                                           TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2015 at the address(es) listed below:
        Glenn B Stearns    mcguckin_m@lisle13.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Paul M Bach    on behalf of Joint Debtor Sueanne Marie Hamilton ecfbach@gmail.com,
    ECFNotice@sulaimanlaw.com;Courtinfo@Sulaimanlaw.com;bkycourtinfo@gmail.com;Paul@BachOffices.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
        Paul M Bach    on behalf of Debtor Derrick Lee Hamilton ecfbach@gmail.com,
    ECFNotice@sulaimanlaw.com;Courtinfo@Sulaimanlaw.com;bkycourtinfo@gmail.com;Paul@BachOffices.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
        TOTAL: 4