B18WJ (Form 18WJ) (08/07)

# United States Bankruptcy Court

Northern District of Illinois
Case No. 15–02779
**Chapter 13**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Derrick Lee Hamilton | Sueanne Marie Hamilton |
| 3684 Broadleaf Avenue | fka Sueanne Marie McGonegal |
| Elgin, IL 60124 | 3684 Broadleaf Avenue |
| | Elgin, IL 60124 |

Social Security / Individual Taxpayer ID No.:
  xxx–xx–7774                                xxx–xx–1375

Employer Tax ID / Other nos.:

## DISCHARGE OF JOINT DEBTORS AFTER COMPLETION OF CHAPTER 13 PLAN

It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

If the trustee has filed and served a notice pursuant to Section B2 (b) of the debtors' plan, and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.

FOR THE COURT

Dated: September 8, 2015              Jeffrey P. Allsteadt, Clerk
                                       United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for most taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                             United States Bankruptcy Court
                             Northern District of Illinois
In re:                                                              Case No. 15-02779-DRC
Derrick Lee Hamilton                                                Chapter 13
Sueanne Marie Hamilton
        Debtors              CERTIFICATE OF NOTICE
District/off: 0752-1          User: ahamilton              Page 1 of 2                  Date Rcvd: Sep 08, 2015
                              Form ID: b18w                Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2015.
db/jdb         +Derrick Lee Hamilton,    Sueanne Marie Hamilton,    3684 Broadleaf Avenue,    Elgin, IL 60124-7882
22864663       +Arnold Scott Harris,    111 West Jackson B,    Chicago, IL 60604-4135
22864664       +Arnold Scott Harris, P.C,    111 West Jackson Boulevard, Suite 600,    Chicago, IL 60604-3517
22864665       +Arnold Scott Harris, P.C.,    222 Merchandise Mart Plaza, Suite 1932,    Chicago, IL 60654-1420
22864666       +Arnold Scott Harris, P.C.,    PO Box 5625,   Chicago, IL 60680-5625
22864667       +Bristol Bay Condominium Association,    50 E. Commerce, Suite 110,    Schaumburg, IL 60173-5308
22916677       +Bristol Bay Condominium Association,    Keay & Costello, P.C.,    128 South County Farm Road,
                 Wheaton, IL 60187-2400
22864669       +Chase,   3415 Vision Drive,    Mail Code OH4-7142,    Columbus, OH 43219-6009
22864675       +Dovenmuehle Mortgage, Inc,    1 Corporate Drive, Suite 360,    Lake Zurich, IL 60047-8945
22864676       +Dovenmuehle Mortgage, Inc.,    PO Box 0054,   Palatine, IL 60078-0054
22864677        Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
22864678       +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
22864679       +Harris & Harris , Ltd.,    222 Merchandise Mart Plaza, Suite 1900,    Chicago, IL 60654-1421
22864680       +Harris & Harris, Ltd.,    111 West Jackson Boulevard, Suite 400,    Chicago, IL 60604-4135
22864681       +Illinois State Toll Highway Authority,    2700 Ogden Avenue,    Downers Grove, IL 60515-1703
22864683       +Illinois Tollway,    P.O. Box 5201,   Lisle, IL 60532-5201
22864682        Illinois Tollway,    270 Ogden Avenue,   Downers Grove, IL 60515
22864684       +Illinois Tollway Authority,    2700 Ogden Avenue,    Downers Grove, IL 60515-1703
22997968        JPMorgan Chase Bank, N.A. National Bankruptcy Depa,    P.O. Box 29505 AZ1-1191,
                 Phoenix, AZ 85038-9505
22916676       +James A. Webb,   Keay & Costello, P.C.,    128 South County Farm Road,    Wheaton, IL 60187-2400
22864685       +Keay & Costello, P.C.,    128 S. County Farm Road,    Wheaton, IL 60187-2400
22864688       +LenderLive Network, Inc.,    C/A RA Illinois Corporation Service C,    801 ADLAI STEVENSON DRIVE,
                 Springfield, IL 62703-4261
22864690       +LenderLive Network, Inc.,    C/O RA Illinois Corporation Service C,    801 ADLAI STEVENSON DRIVE,
                 Springfield, IL 62703-4261
22864689       +LenderLive Network, Inc.,    PO Box 6437,   Carol Stream, IL 60197-6437
22864691       +TCF Banking & Savings,    801 Marquette Avenue,    Minneapolis, MN 55402-3475
22864692      ++TCF MORTGAGE CORPORATION,    801 MARQUETTE AVE,    ATTN BANKRUPTCY DEPARTMENT,
                 MAIL CODE 001-04-R,    MINNEAPOLIS MN 55402-2807
                (address filed with court: TCF Mortgage Corporation,     Attn: Legal Dept,    801 Marquette Avenue,
                 Minneapolis, MN 55402)
22864693       +TCF National Bank,    800 Burr Ridge Parkway,    Burr Ridge, IL 60527-0865
22897845       +TCF National Bank 001-02-C,    801 Marquette Ave S,    Minneapolis MN 55402-3475
22864694        Trans Union LLC,    P.O. Box 2000,   Chester, PA 19016-2000
22864696       +United Security Financial,    930 E 6600 South,    Salt Lake City, UT 84121-2445
23349356       +United Security Financial Corp.,    1 Corporate Drive, Suite 360,    Lake Zurich, IL 60047-8945
22915156        United Security Financial Corp.,    c/o Manley Deas Kochalski LLC,    P.O. Box 165028,
                 Columbus, OH 43216-5028
22864700       +Vanguard Community Management, Inc.,    PO Box 61955,    Phoenix, AZ 85082-1955
22864699       +Vanguard Community Management, Inc.,    1225 Alma Road,    Richardson, TX 75081-2206
22864698       +Vanguard Community Management, Inc.,    50 E. Commerce Drive, Suite 110,
                 Schaumburg, IL 60173-5615
22864704      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                (address filed with court: Wells Fargo Home Mortgage,     8480 Stagecoach Circle,
                 Frederick, MD 21701)
22864702       +Wells Fargo Home Mortgage,    5620 Brooklyn Boulevard,    Minneapolis, MN 55429-3056

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22864668       +EDI: CHASE.COM Sep 09 2015 00:58:00      Chase *,   ATTN: Bankruptcy Department,
                 P.O. Box 15298,    Wilmington, DE 19850-5298
22864670       +EDI: CAUT.COM Sep 09 2015 00:58:00      Chase Auto,   Attn:National Bankruptcy Dept,
                 Po Box 29505,    Phoenix, AZ 85038-9505
22864671       +EDI: CAUT.COM Sep 09 2015 00:58:00      Chase Auto,   Po Box 901076,    Fort Worth, TX 76101-2076
22864673       +EDI: CAUT.COM Sep 09 2015 00:58:00      Chase Auto Finance Corp.,    PO Box 78067,
                 Phoenix, AZ 85062-8067
22864672       +EDI: CAUT.COM Sep 09 2015 00:58:00      Chase Auto Finance Corp.,    AZ1-1191,
                 201 N. CentraL Avenue,    Phoenix, AZ 85004-1071
22864674       +EDI: CHASE.COM Sep 09 2015 00:58:00      Chase Card,   Po Box 15298,    Wilmington, DE 19850-5298
22864687       +E-mail/Text: amy.vandeventer@lenderlive.com Sep 09 2015 01:28:44       LenderLive Network, Inc.,
                 PO Box 469040,    Glendale, CO 80246-9040
23350154       +E-mail/Text: amy.vandeventer@lenderlive.com Sep 09 2015 01:28:44
                 United Security Financial Corp,    c/o Lenderlive Network, Inc.,    PO Box 469047,
                 Glendale, CO 80246-9047
23065877       +EDI: WFFC.COM Sep 09 2015 00:58:00      Wells Fargo Bank, N.A.,
                 Attention: Bankruptcy Department,    MAC #D3347-014,    3476 Stateview Blvd.,
                 Fort Mill, SC 29715-7203
22864701       +EDI: WFFC.COM Sep 09 2015 00:58:00      Wells Fargo Bank, N.A.,   420 Montgomery Street,
                 San Francisco, CA 94104-1298
22864703       +EDI: WFFC.COM Sep 09 2015 00:58:00      Wells Fargo Home Mortgage,    Po Box 10335,
                 Des Moines, IA 50306-0335
```

```
District/off: 0752-1           User: ahamilton              Page 2 of 2                  Date Rcvd: Sep 08, 2015
                               Form ID: b18w                Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
                                                                                                      TOTAL: 11

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22864686*      +Keay and Costello, P.C.,    128 S. County Farm Road,    Wheaton, IL 60187-2400
22864697*      +United Security Financial,    930 E 6600 South,    Salt Lake City, UT 84121-2445
23027161*       United Security Financial Corp.,    c/o Manley Deas Kochalski LLC,    P.O. Box 165028,
                 Columbus, OH 43216-5028
22864695     ##+United Security Financial,    868 E 5900 South,    Salt Lake City, UT 84107-7650
                                                                                      TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2015                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2015 at the address(es) listed below:
```
              Glenn B Stearns    mcguckin_m@lisle13.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Paul M Bach    on behalf of Joint Debtor Sueanne Marie Hamilton ecfbach@gmail.com,
               ECFNotice@sulaimanlaw.com;Courtinfo@Sulaimanlaw.com;bkycourtinfo@gmail.com;Paul@BachOffices.com;m
               badwan@sulaimanlaw.com;bkycourtinfo@gmail.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexp
               ress.info
              Paul M Bach    on behalf of Debtor Derrick Lee Hamilton ecfbach@gmail.com,
               ECFNotice@sulaimanlaw.com;Courtinfo@Sulaimanlaw.com;bkycourtinfo@gmail.com;Paul@BachOffices.com;m
               badwan@sulaimanlaw.com;bkycourtinfo@gmail.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexp
               ress.info
              Stacey  O'Stafy    on behalf of Creditor   United Security Financial Corp.
               bk.ecf.filings@gmail.com,   amps@manleydeas.com
              Steven C Lindberg    on behalf of Creditor   WELLS FARGO BANK, N.A. bankruptcy@fallaw.com
                                                                                              TOTAL: 6
```